IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00868-RPM

SONYA MERRITT-SMITH, individually and
as parent and next friend of
ALYESHA MERRITT-SMITH, a minor,

        Plaintiffs,

v.

DAVID LAWRENCE WILLIAMS, D.O.,

        Defendant.
_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened on August 18, 2006, it is

ORDERED that this matter is set for trial to jury on **February 12, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: August 22nd, 2006

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge