IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00868-RPM

SONYA MERRITT-SMITH, individually and
as parent and next friend of
ALYESHA MERRITT-SMITH, a minor,

      Plaintiffs,

v.

DAVID LAWRENCE WILLIAMS, D.O.,

      Defendant.

_____

ORDER SETTING TRIAL PREPARATION CONFERENCE
_____

The Court having determined that this case should now be set for a trial

preparation conference, it is

ORDERED that a trial preparation conference is scheduled for **January 31, 2007,**

**at 2:00 p.m.,** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 18th and Stout Streets, Denver, Colorado.

DATED: September 13th, 2006

                                             BY THE COURT:

                                             s/ Richard P. Matsch

                                           _____

                                           Richard P. Matsch, Senior District Judge