IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00868-RPM

SONYA MERRITT-SMITH, individually and
as parent and next friend of
ALYESHA MERRITT-SMITH, a minor,

       Plaintiffs,
v.

DAVID LAWRENCE WILLIAMS, D.O.,

       Defendant.
_____

ORDER RESCHEDULING TRIAL DATE AND TRIAL PREPARATION CONFERENCE
_____

Pursuant to the conference convened today, it is

ORDERED that this matter is rescheduled for trial to jury on **June 25, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is further

ORDERED that a trial preparation conference is set for **June 8, 2007, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse.

DATED: January 31st, 2007

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge