IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 05-cv-00868-RPM

SONYA MERRITT-SMITH, individually and
as parent and next friend of
ALYESHA MERRITT-SMITH, a minor,

      Plaintiffs,

v.

DAVID LAWRENCE WILLIAMS, DO,

      Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

      IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on June 25, 2007, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

      DATED at Denver, Colorado this 2nd day of July, 2007.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge
United States District Court

APPROVED AS TO FORM:

_____     _____
ATTORNEY FOR PLAINTIFFS            ATTORNEY FOR DEFENDANT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 2 2007

GREGORY C. LANGHAM
CLERK