IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00868-RPM

SONYA MERRITT-SMITH, individually and
as parent and next friend of
ALYESHA MERRITT-SMITH, a minor,

    Plaintiffs,

v.

DAVID LAWRENCE WILLIAMS, D.O.,

    Defendant.

_____

## ORDER AWARDING ADDITIONAL COSTS
_____

Upon consideration of the Defendant's Motion to Review Taxation of Costs, filed August 30, 2007, and the plaintiffs' response, filed September 19, 2007, it is

ORDERED that the defendant is entitled to an additional $1,633.57 for the costs of transcripts of depositions necessarily obtained for use in this case, which amount is added to the costs taxed by the Clerk and it is

FURTHER ORDERED that the other items claimed by the defendant are denied.

DATED: November 6th, 2007

                                                    BY THE COURT:

                                                    s/Richard P. Matsch

                                                    _____

                                                    Richard P. Matsch, Senior District Judge